EUGENE SMITH, as Executor, etc., Respondent, *v.* FREDERICKA RENTZ, Appellant.

(Argued January 22, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of February, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Leopold Leo* for appellant.

*H. B. Closson* for respondent.

Agree to affirm, with costs and ten per cent damages, under section 3251 of the Code of Civil Procedure; no opinion.

All concur.

Judgment affirmed.